# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-99-BLG-DLC** |
| Plaintiff, | |
| vs. | **ORDER** |
| **KRISTOPHER DANIEL RAINEY,** | |
| Defendant. | |

Pending before the Court is the motion of the United States to issue a summons and set an arraignment date. (Doc. 14.) For good cause shown,

IT IS ORDERED that a summons be issued for the appearance date of August 8, 2019 at 9:00 a.m.

DATED this 19th day of July, 2019.

                                                _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge