IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN JUVENILE |
| VS. | ) | RECORDS / COURT DOCUMENTS |
| | ) | |
| KRISTOPHER DANIEL RAINEY | ) | DOCKET NO. CR 19-99-BLG-DLC-01 |

Whereas the above-named defendant has been charged with committing the offense of Possession with Intent to Distribute Methamphetamine, in United States District Court for the District of Montana, the Petitioner requests that the Court order all juvenile and adult records pertaining to the defendant held by California Division of Juvenile Justice, San Joaquin County Superior Court, San Joaquin County Sheriff's Office, Manteca Police Department, and San Joaquin County Juvenile Probation, including charging documents, plea agreements, presentence investigation reports, incident reports, medical, treatment, attorney representation, and case dispositions, for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Peyton Jones
United States Probation Officer

3-9-20
Date

========================
**ORDER**
========================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this __9th__ day of March, 2020, the release of requested records held by California Division of Juvenile Justice, San Joaquin County Superior Court, San Joaquin County Sheriff's Office, Manteca Police Department, and San Joaquin County Juvenile Probation to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Dana L. Christensen
Chief United States District Judge